IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| SARAI GABAR, | : |
| Petitioner, | : |
| | : NO. 7:21-CV-00136-HL-TQL |
| VS. | : |
| ASHLEY PAULK, | : |
| Respondent. | : |

**DISMISSAL ORDER**

*Pro se* Petitioner Sarai Gabar, a previous detainee of the Lowndes County Jail in Valdosta, Georgia filed a handwritten document that was docketed as a habeas corpus petition. ECF No. 1. Petitioner did not pay the filing fee nor did she request to proceed *in forma pauperis*. On October 27, 2021, Petitioner notified the Court that she had been released from custody and she provided an updated address. ECF No. 3.

On November 1, 2021, Petitioner was ordered to amend her complaint and provided instructions on how to do so. ECF No. 4. She was also ordered to either pay the filing fee or submit a motion to proceed *in forma pauperis*. *Id*. Petitioner was given fourteen (14) days to respond and was informed that failure to comply would result in dismissal of her action. *Id*. Petitioner failed to respond.

Therefore, on December 1, 2021, the Court notified Petitioner that it had not received a response and ordered her to show cause why her action should not be dismissed for failure to comply and diligently prosecute her claims. ECF No. 6. The Court

unambiguously informed Petitioner that this action would be dismissed if she failed to respond. *Id*. Petitioner was given fourteen (14) days to answer. Petitioner has again failed to respond.

Because Petitioner has failed to comply with the Court's orders or otherwise prosecute this case, her complaint is **DISMISSED WITHOUT PREJUDICE**. See Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED,** this 28th day of December, 2021.

*s/ Hugh Lawson*
HUGH LAWSON, JUDGE
UNITED STATES DISTRICT COURT